RECEIVED
MAR 29 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DEBORAH A. THOMPSON | CIVIL ACTION NO. 10-120 |
| VERSUS | JUDGE DOHERTY |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED the decision of the Commissioner is AFFIRMED and this matter is DISMISSED.

Lafayette, Louisiana, this 29th day of March, 2011.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE